UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
OMAR A. GARCIA,

                    Petitioner,

         - against –

PAM BONDI, *Attorney General of the*
*United States*, KRISTI NOEM, *Secretary*
*of the Department of Homeland  Security*,
TODD M. LYONS, *Acting Director,*
*U.S. Immigration and  Customs Enforcement,*
*in their official capacities*, BRIAN FLANAGAN,
*Acting Deputy, Field Office Director for ICE in*
*New York City Area, in their official capacities*,

                  Respondents.
------------------------------------------------------------- X

JUDGMENT
26-cv-01155 (NCM)

      A Memorandum and Order of Honorable Natasha C. Merle, United States District Judge,

having been filed on March 5, 2026, granting the petition for a writ of habeas corpus; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted;

Respondents are directed to release Petitioner from custody within 24 hours of this Order and file

a letter on the docket no later than 5:00 p.m. on March 6, 2026 certifying their compliance; and

Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-

deprivation bond hearing before a neutral decisionmaker, where the government will have the

burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).


Dated: Brooklyn, New York
      March 5, 2026

Approved by:   */s/ Natasha C. Merle*
                 NATASHA C. MERLE
                 United States District Judge


Dated: Brooklyn, New York
      March 5, 2026

Approved by:   */s/Brenna B. Mahoney*
                 BRENNA B. MAHONEY
                 Clerk of Court